UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK SKINNER,<br><br>                       Petitioner,<br>     v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                     Respondents. | Case No. 3:24-cv-00543-ART-CLB<br><br>ORDER |

      Paroled *pro se* Petitioner Roderick Skinner filed a petition for writ of habeas corpus under 28 U.S.C. 2254 (ECF No. 1-1). This action will not proceed unless Skinner (1) pays a $5 filing fee, **or** (2) submits a complete application for leave to proceed in forma pauperis ("IFP"). The IFP application must be submitted on the form provided by the Court and include specific financial information and a declaration under penalty of perjury that the financial information is true.

      **IT IS THEREFORE ORDERED** that Skinner must either (1) pay the $5 filing fee **or** (2) file an IFP application (AO 240) signed and dated under the penalty of perjury. **If Skinner fails to do so by January 15, 2025, this case will be dismissed without prejudice and without further prior notice.** If Skinner pays the filing fee, he must attach a copy of this order to the check for the fee.

      The Clerk of Court is instructed to **SEND** to Skinner a blank copy of the SHORT FORM IFP application (AO 240) for non-incarcerated litigants and two copies of this order.

      Dated this 5th day of December 2024.

*/s/ Anne R. Traum*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE